**In re Christopher HARDY and R. Neal Post.**

No. 06–1153.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before LINN, PROST, Circuit Judges and SARIS, District Judge.*

* Honorable Patti B. Saris, District Judge, United States District Court for the District of Massachusetts, sitting by designation.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.